IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JENNIFER DODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:06cv53 |
| | ) |
| HOME DEPOT USA, INC. | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jennifer Dodson ("Plaintiff") and Defendant Home Depot USA, Inc. ("Defendant"), by and through her undersigned counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal <u>with prejudice</u> of any and all claims asserted by Plaintiff against Defendant. Each party will bear her or its respective fees, expenses and costs.

I certify that the originally executed document contains the signature of all filers indicated herein and therefore represents consent for filing of this document.

Respectfully submitted, this 3rd day of April, 2007.

<u>*s/ Beth A. Moeller*</u>
Tracey T. Barbaree
Georgia Bar No. 036792
Beth A. Moeller
Georgia Bar No. 100158
**ASHE, RAFUSE & HILL LLP**
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060
traceybarbaree@asherafuse.com
bethmoeller@asherafuse.com

Attorneys for Defendant

AGREED TO BY:

*s/ John W. Roper*
John W. Roper
Georgia Bar No. 614159
2001 Airport Thruway
P.O. Box 429
Columbus, Georgia 31902
Phone: (706) 596-1010
jwroperlaw@aol.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **JENNIFER DODSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:06cv53 |
| | ) |
| **HOME DEPOT USA, INC.** | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2007, I caused to be electronically filed the above and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John W. Roper
2001 Airport Thruway
P.O. Box 429
Columbus, Georgia 31902

*s/ Beth A. Moeller*
Attorney for Defendant